

ORIGINAL

FILED

02/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0209

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0209

FILED

FEB 0 4 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF APPOINTING MEMBERS
TO THE JUDICIAL EDUCATION COMMITTEE
OF THE SUPREME COURT OF THE STATE OF
MONTANA

O R D E R

Pursuant to the Court's Order of November 30, 2021, the Dean of the Alexander Blewett III School of Law at the University of Montana may appoint an attorney faculty representative of the law school to serve on the Judicial Education Committee. Acting Dean Cathay Y. N. Smith has appointed Professor Craig Cowie as the law school's representative. Therefore,

IT IS ACKNOWLEDGED that Professor Craig Cowie is appointed as the law school member of the Judicial Education Committee for a three-year term which will expire on January 1, 2025.

The Clerk is directed to provide copies of this Order to Acting Dean Cathay Y. N. Smith, Professor Craig Cowie, all members of the Judicial Education Committee, Court Administrator Beth McLaughlin, and Judicial Educator Shauna Ryan.

DATED this 4 day of February, 2022.

_____
Chief Justice